NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIVINGSTON THOMAS, JR.,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7050

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3297, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Livingston Thomas, Jr.'s unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                          LIVINGSTON THOMAS, JR. v. SHINSEKI

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25

ISSUED AS A MANDATE:  May 28, 2013